STATE OF LOUISIANA

VERSUS

JERILYN MAGEE & ERIC ROGERS

NO. 25-K-72

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Morgan Naquin
Deputy, Clerk of Court

February 18, 2025

Morgan Naquin
Deputy Clerk

**IN RE** JERILYN MAGEE AND ERIC ROGERS

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN D. ENRIGHT, JR., DIVISION "N", NUMBER 24-4704, 24-4705

Panel composed of Judges Marc E. Johnson,
Stephen J. Windhorst, and John J. Molaison, Jr.

**WRIT DENIED**

Relators/defendants, Jerilyn Magee and Eric Rogers, seek review of the trial court's order setting this matter for trial on February 21, 2025.

A trial court has the "duty to require that criminal proceedings . . . be conducted with dignity and in an orderly and expeditious manner and to so control the proceedings that justice is done." La. C.Cr.P art. 17; State v. Reimonenq, 19-367 (La. 10/22/19), 286 So.3d 412, 417. This authority includes the authority to set a case for trial. Reimonenq, 286 So.3d at 417. Here, counsel for relators concedes she initially agreed to the date but then she subsequently objected on the record because the State indicated it would file a written motion to continue. On the showing made, we do not find the trial court abused its discretion in setting the trial on February 21, 2025.[1]

---

[1] As for the State's written motion to continue the February 21, 2025 trial, there is no indication that the motion was set or ruled on by the trial court. Thus, there is nothing for this court to review at this time.

Accordingly, this writ application is denied.

Gretna, Louisiana, this 18th day of February, 2025.

**SJW**
**MEJ**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **02/18/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 25-K-72

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Stephen D. Enright, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)          Rachel I. Conner (Relator)
                                       Darren A. Allemand (Respondent)

### MAILED
Grace N. Bronson (Relator)             Honorable Paul D. Connick, Jr.
Attorney at Law                        (Respondent)
3015 Magazine Street                   Molly Love (Respondent)
New Orleans, LA 70115                  Assistant District Attorney
                                       Twenty-Fourth Judicial District
                                       200 Derbigny Street
                                       Gretna, LA 70053